MAHONING COUNTY BAR ASSOCIATION *v.* ATWAY.

[Cite as *Mahoning Cty. Bar Assn. v. Atway*, ___ Ohio St.3d ___,

2020-Ohio-443.]

(No. 2017-1082—Submitted February 7, 2020—Decided February 11, 2020.)

ON APPLICATION FOR REINSTATEMENT.

————————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Neal Ghaleb Atway, Attorney Registration No. 0059252, last known business address in Youngstown, Ohio.

{¶ 2} The court coming now to consider its order of January 3, 2018, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent from the practice of law for a period of two years, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

{¶ 5} For previous case, see *Mahoning Cty. Bar Assn. v. Atway*, 152 Ohio St.3d 513, 2018-Ohio-10, 98 N.E.3d 237.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

————————————